IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA




SEP 10 2020

PATRICK KEANEY
Clerk, U.S. District Court
By ______________
Deputy Clerk

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

DENNIS DEWAYNE CANTRELL,

*Defendant.*

Case No. 20 CR 074 JFH

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT ONE**

**POSSESSION WITH INTENT TO DISTRIBUTE HEROIN**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]**

On or about May 14, 2020, in the Eastern District of Oklahoma, the defendant, **DENNIS DEWAYNE CANTRELL**, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

On or about May 14, 2020, in the Eastern District of Oklahoma, the defendant, **DENNIS DEWAYNE CANTRELL**, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**

**POSSESSION OF FIREARM IN FURTHERANCE OF DRUG TRAFFICKING CRIME [18 U.S.C. § 924(c)]**

On or about May 14, 2020, in the Eastern District of Oklahoma, the defendant, **DENNIS DEWAYNE CANTRELL**, did knowingly possess the following firearm, to wit: a Ruger 9mm Model SR9C serial number 34-00852, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Heroin as alleged in Count One and Count Two, in violation of Title 18, United States Code, Section 924(c).

**COUNT FOUR**

**FELON IN POSSESSION OF A FIREARM [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about May 14, 2020, in the Eastern District of Oklahoma, the defendant, **DENNIS DEWAYNE CANTRELL,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to-wit: a Ruger 9mm Model SR9C serial number 34-00852, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION [21 U.S.C. § 853]**

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations alleged in Counts One through Three of this Indictment involving violations of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), the defendant, **DENNIS DEWAYNE CANTRELL**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offense[s], and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense(s), including, but not limited to a Ruger 9mm Model SR9C serial number 34-00852.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

BRIAN J. KUESTER
United States Attorney

for RYAN CONWAY, NYBA # 5428149
Assistant United States Attorney